233 P.3d 719

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Brown v. Progressive Direct Ins. Co. | 29348 | 05/05/2010 | Reversed |
| State v. Kikuta | 29445 | 05/18/2010 | Vacated & remanded |
| CompUSA Stores, L.P. v. State, Dept. of Taxation | 29597 | 05/28/2010 | Vacated & remanded |
| Pleus v. Zoning Bd. of Appeals for City and County of Honolulu | 28353 | 05/28/2010 | Affirmed |
| Marvin v. Pflueger | 28501 | 06/08/2010 | Vacated & remanded |
| Durkan v. Durkan | 29373 | 06/15/2010 | Affirmed, vacated & remanded |
| Island Ins. Co., Ltd. v. Arakaki | 29116 | 06/16/2010 | Vacated & remanded |
| Yuen v. Board of Appeals of County of Hawai'i | 29376 | 06/22/2010 | Vacated & remanded |
| Bart v. Board of Land and Natural Resources | 29338, 29524 | 06/23/2010 | Vacated & remanded |
| Doe v. Roe | 28596 | 06/23/2010 | Affirmed in part, vacated in part & remanded |
| United Public Workers, AFSCME, Local 646, AFL-CIO v. Watada | 29410 | 06/24/2010 | Vacated & remanded |
| Chin v. Carpenter-Asui | 28654 | 06/24/2010 | Affirmed in part, vacated in part & remanded |
| State v. Condon | 29679 | 06/29/2010 | Vacated & remanded |
| State v. Tominiko | 29535 | 06/30/2010 | Affirmed |
| State v. Silver | 29060 | 06/30/2010 | Affirmed |